IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: § <br> § <br> PETITIONERS SEEKING § <br> HABEAS CORPUS RELIEF § <br> IN RELATION TO PRIOR § <br> DETENTIONS AT § <br> GUANTANAMO BAY § | Misc. No. 08-0444 (TFH) <br><br> Civil Action No. 1:05-CV-00723 <br> (RWR) |

## PETITIONER'S STATUS REPORT

In compliance with Judge Hogan's order dated July 3, 2008, requesting a status report in cases in which a Guantanamo prisoner has been released, counsel for Petitioner confirms that the Petitioner in this cause has been released and returned to his home country. Petitioner no longer desires to prosecute this habeas action and consents to its dismissal.

Respectfully submitted,

_/S/    Murray Fogler_
Murray Fogler
Texas State Bar No. 07207300
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

**ATTORNEY-IN-CHARGE FOR PETITIONER SALIM MUHOOD ADEM**

OF COUNSEL:

BECK, REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
713.951.3700
713.951.3720 (Fax)

# CERTIFICATE OF SERVICE

I, MURRAY FOGLER, hereby certify that Petitioner's Status Report (being filed on behalf of Petitioner Salim Muhood Adem) was served on July 11, 2008, upon the following:

>Peter D. Keisler
>>Assistant Attorney General
>
>Kenneth L. Wainstein, Esq.
>>United States Attorney
>
>David B. Salmons
>>Assistant to the Solicitor General
>
>Douglas N. Letter
>>Terrorism Litigation Counsel
>
>Joseph H. Hunt
>Vincent M. Garvey
>Terry M. Henry
>James J. Schwartz
>Preeya M. Noronha
>Robert J. Katerberg
>Nicholas J. Patterson
>Andrew I. Warden
>Edward H. White
>>Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 7144
Washington, DC 20530
*Via E-Filing and Certified Mail / RRR*

                                                                          /S/   Murray Fogler
                                                                          MURRAY FOGLER