IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sofian Ebrahim Hamad Hamoodah<br><br>*Petitioner*<br><br>v.<br><br>**GEORGE W. BUSH,**<br>    **President of the United States,**<br>    *et al.,*<br><br>*Respondents* | ) EMERGENCY MOTION<br>) FOR EXTENSION OF<br>) TIME TO FILE STATUS REPORT<br>)<br>)<br>)<br>) Civil Action No.<br>) 05-CV-795 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

NOW COME above-captioned petitioners, by and through counsel RUPRECHT, HART & WEEKS, LLP, requesting that the Court extend the page limit and extend the time for them to file the status report that is currently due on Monday, July 14, 2008 to Friday, July 18, 2008.

In support of this motion, petitioners submit as follows:

1. A status conference was scheduled in this case on July 2, 2008 (in the "July 2 Order") for July 10, 2008, at 2:30 p.m. (the "July 10 Status Conference").

2. On July 3, 2008, this Court issued an order related to the July 2 Order (the "July 3 Order"). The July 3 Order pertained to petitioners who are no longer being held in Guantanamo Bay, Cuba ("Transferred Petitioners"). The July 3 Order states that counsel to Transferred Petitioners need not attend the July 10 Status Conference and that such counsel – as well as counsel to the government – must each file a "concise status report" not to exceed five (5), single-spaced pages.

3. Undersigned counsel requests additional pages for the status report due to the complexity of the instant petition as well as undersigned counsel's intention to press the petition. While it may be true that some – or even many – of the petitions addressed in the July 3 Order will

be capable of virtually immediate resolution by agreement of the parties, such resolution is not likely with this petition.

4. Instead, this petition's factual and legal complexity will be more akin to those cases directly addressed in the Court's July 10 Status Conference. Due to the location of where petitioner was transferred, Libya, it is unlikely that this case will voluntarily resolve.

5. Additionally, and although undersigned counsel has been granted security clearance, the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base In Guantanamo Bay, Cuba ("Amended Protective Order") has not been entered in the within petition.

6. Undersigned counsel contacted the government to request consent to enter the Amended Protective Order. As of the present, undersigned counsel is not aware of the government's position on this issue.

7. Because of the complexity of the within petition, and the issues surrounding the entry of the Amended Protective Order, Petitioner respectfully requests an extension of time to file his status report to July 18, 2008. Additionally, Petitioner respectfully requests leave to file a "concise status report" not to exceed ten (10), single-spaced pages.

8. Undersigned counsel sought the assent of the government to the relief requested herein, and the government stated that they would be taking no position with regard to this request.

Respectfully submitted,

/s/ Kevin G. Boris
Kevin G. Boris
RUPRECHT, HART & WEEKS, LLP
306 Main Street
Millburn, NJ 07041
Tel: 973-379-2400
Fax: 973-379-2446
kboris@rhwlawfirm.com

*Counsel for Petitioner*
*Sofian Ebrahim Hamad Hamoodah*

Dated: July 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sofian Ebrahim Hamad Hamoodah ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, ) <br>    President of the United States, ) <br>    *et al.*, ) <br> ) <br> *Respondents/Defendants.* ) <br> ) | Civil Action No. <br> 05-CV-795 (HHK) |

## CERTIFICATE OF SERVICE

I, Kevin G. Boris hereby certify that on this 11th day of July, 2008 I caused to be served via electronic filing a copy of the foregoing Emergency Motion For Extension of Time to File Status Report on the following counsel:

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
Email: judry.subar@usdoj.gov

Barbara J. Olshansky
Leah Kaplan Distinguished Professor of Human Rights
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
650-736-2312
Email: bj.olshansky@gmail.com

Gitanjali Gutierrez
Center for Constitutional Rights
666 Broadway

7th Floor
New York, NY 10012
212-614-6485
Fax: 212-614-6499
Email: ggutierrez@ccr-ny.org


J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012
(212) 614-6423
Fax: (212) 614-6499
Email: wdixon@ccr-ny.org


Shayana Devendra Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012-2317
(212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org


/s/ Kevin G. Boris
Kevin G. Boris


Dated: July 11, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sofian Ebrahim Hamad Hamoodah ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> GEORGE W. BUSH, ) <br>    President of the United States, ) <br>    *et al.*, ) <br> ) <br> *Respondents/Defendants.* ) <br> ) | Civil Action No. <br> 05-CV-795 (HHK) |

## ORDER (Proposed)

Having considered Petitioner's Emergency Motion For an Extension of Time to File Status Report, that Motion is GRANTED; and it is further

ORDERED: that the Petitioner is hereby granted leave to leave to file a "concise status report" not to exceed ten (10), single-spaced pages; and it is

FURTHER ORDERED that the Petitioner is hereby granted leave to leave to file a "concise status report" on or before July 18, 2008.

 

_____
Richard J. Leon
UNITED STATES DISTRICT JUDGE