IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AMON, )<br>)<br>*Petitioner*, )<br>)<br>vs. )<br>)<br>GEORGE W. BUSH, et al., )<br>)<br>*Respondents.* )<br>) | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-1493 (RBW)<br><br>NOTICE OF FILING RE<br>PETITIONER'S STATUS REPORT<br>RE: JULY 3, 2008 ORDER |

The petitioner Mohammed Amon, through undersigned counsel, hereby gives notice that on July 11, 2008, he submitted for review to Court Security Officer Charline DaSilva a Status Report Re: July 3, 2008 Order. After clearing the document, the CSO will serve a copy on the government and will forward the original document to the Court, and undersigned counsel will immediately file the cleared document on ECF.

Respectfully submitted on July 14, 2008.

    /s/ Richard Coughlin
Federal Public Defender
Candace Hom
Assistant Federal Public Defender
972 Broad Street, Fourth Floor
Newark, New Jersey 07102
Tel: 973-645-6347
Fax: 973-645-4807

Attorneys for Petitioner