IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Sofian Ebrahim Hamad Hamoodah | ) ) ) ) | Civil Action No. 05-CV-795 (HHK) |
| v. | ) ) ) |  |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) |  |
| *Respondents/Defendants.* | ) ) |  |

## CERTIFICATE OF SERVICE

I, Kevin G. Boris hereby certify that on this 14th day of July, 2008 I caused to be served via electronic filing a copy of the foregoing Notice of Withdrawal of Motion For Extension of Time to File Status Report on the following counsel:

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

Judry Laeb Subar
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833
(202) 514-3969
Email: judry.subar@usdoj.gov

Barbara J. Olshansky
Leah Kaplan Distinguished Professor of Human Rights
Stanford Law School
Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305
650-736-2312
Email: bj.olshansky@gmail.com

Gitanjali Gutierrez
Center for Constitutional Rights
666 Broadway

7th Floor
New York, NY 10012
212-614-6485
Fax: 212-614-6499
Email: ggutierrez@ccr-ny.org


J. Wells Dixon
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012
(212) 614-6423
Fax: (212) 614-6499
Email: wdixon@ccr-ny.org


Shayana Devendra Kadidal
CENTER FOR CONSITITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, NY 10012-2317
(212) 614-6438
Fax: (212) 614-6499
Email: kadidal@ccr-ny.org

/s/ Kevin G. Boris
Kevin G. Boris


Dated: July 14, 2008

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sofian Ebrahim Hamad Hamoodah,    ) | |
|            ) | |
| Petitioner,          ) | |
|            ) | Case No. 05-795 (RJL) |
| v.              ) | |
|            ) | |
| George W. Bush,      ) | |
| President of the United States, et al.,   ) | |
|            ) | |
| Respondents.       ) | |

## NOTICE OF WITHDRAWAL OF MOTION

I, Kevin G. Boris, of full age, hereby certify as follows:

1.  I am an attorney at law of the State of New Jersey and an associate with the law firm of Ruprecht, Hart & Weeks, LLP, counsel for Sofian Ebrahim Hamad Hamoodah, and as such, am fully familiar with the facts stated herein.

2.  On July 11, 2008, at 4:46 p.m., a Motion for Extension of Time to File Status Report on behalf of Sofian Ebrahim Hamad Hamoodah was filed by the above electronically. This filing was given Document No. 54.

3.    It is respectfully requested that the Court withdraw the Motion for Extension of Time to File Status Report at this time.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

/s/ Kevin G. Boris
Kevin G. Boris

Dated: July 14, 2008