Approved for public filing
by the CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
---------------------------------------------------------- X
IN RE:                                                     )
                                                           )
PETITIONERS SEEKING HABEAS CORPUS                          )      Misc. No. 08-0444 (TFH)
RELIEF IN RELATION TO PRIOR                                )
DETENTIONS AT GUANTANAMO BAY                               )
                                                           )      Civil Action No. 04-1227 (RBW)
                                                           )
                                                           )
---------------------------------------------------------- X
```

## STATUS REPORT

On July 22, 2004, Petitioners Isa Ali Abdulla Al-Murbati, ISN #52; Abdullah Majed Sayyah Hasan Al-Noaimi, ISN #159; Adel Kamel Abdulla Hajee, ISN # 60; Salman Bin Ibrahim Bin Mohammed Bin Ali Al-Khalifa, ISN #246; Salah Abdul Rasool Al-Bloushi, ISN # 227; and Jum'ah Mohammed Abdullatif Al-Dossari, ISN # 261 ("Petitioners") filed a Petition for Writ of *Habeas Corpus* challenging their detentions at Guantanamo Bay. On August 11, 2004, Petitioners filed an Amended Petition for Writ of *Habeas Corpus*. Subsequently, Petitioners were all deemed to be "enemy combatants" by Combatant Status Review Tribunals conducted at Guantanamo Bay.

In October 2004, Respondents moved to dismiss Petitioners' Amended Petition for Writ of *Habeas Corpus* as well as petitions that had been filed on behalf of other detainees. On January 31, 2005, Judge Joyce Hens Green issued an order denying in part and granting in part Respondents' motion. Respondents appealed from this order to the United States Court of Appeals for the District of Columbia.

In November 2005, Petitioners Al-Noaimi, Hajee, and Al-Khalifa were transferred to the custody of the government of Bahrain. Subsequently, Respondents moved in the Court of Appeals for the District of Columbia for an order dismissing the claims of these Petitioners – and other detainees who had been transferred from Guantanamo Bay – as moot. Petitioners, in

conjunction with other former detainees, opposed the motion, citing the collateral consequences doctrine. The Court of Appeals for the District of Columbia never ruled on Respondents' motion.[1]

In October 2006, Petitioner Al-Bloushi was transferred to the custody of the government of Bahrain. In July 2007, Petitioner Al-Dossari was transferred to the custody of the government of Saudi Arabia. In July 2007, Petitioner Al Murbati was transferred to the custody of the government of Bahrain. No Petitioner is currently detained.

Petitioners do not object to having issues relating to this matter adjudicated only after cases involving those who are currently detained have been resolved.

Dated: July 14, 2008

Respectfully submitted,

/s/ Mark S. Sullivan
Mark S. Sullivan (admitted *pro hac vice*)
Joshua Colangelo-Bryan (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Petitioners*

---

[1] Ultimately, this case was among those consolidated before the Supreme Court and subject to the Supreme Court's June 12, 2008 decision in *Boumediene v. Bush.*