IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                                     )
IN RE:                               )
                                     )   Misc. No. 08-0444 (TFH)
PETITIONERS SEEKING HABEAS           )
CORPUS RELIEF IN RELATION TO         )   Civil Action No. 05-0345 (JDB)
PRIOR DETENTIONS AT                  )
GUANTANAMO BAY                       )
_____  )

## STATUS REPORT

Petitioners Abdulla Thani Faris Al-Anazi ("Al-Anazi"), Adel Egla Hussan Al-Nussairi ("Al-Nussairi"), Naief Fahad Mutlaq Al-Otaibi ("Al-Otaibi"), Abdulaziz Sa'ad Oshan ("Oshan") and Ibrahim Suleiman Al-Rubaish ("Al-Rubaish") (collectively "Petitioners") hereby file this status report pursuant to the Court's July 3, 2008 Order.

On February 17, 2005, the Petitioners, civilians designated as "enemy combatants" by the President of the United States, filed in this Court Petitions for Writs of Habeas Corpus and Complaints for Declaratory and Injunctive Relief for their unlawful detainment at the United States Naval Station in Guantánamo Bay, Cuba.

On or about the following dates, the U.S. Government notified counsel for the Petitioners that their clients had been released from U.S. custody in Guantánamo Bay, Cuba and had been transferred to the Kingdom of Saudi Arabia:

- Al-Anazi – September 6, 2007
- Al-Nussairi – May 23, 2006
- Al-Otaibi – December 29, 2007
- Oshan – September 6, 2007

- Al-Rubaish – December 21, 2006

On July 19, 2006, the Court entered a Minute Order directing Al-Nussairi to show cause why his petition for writ of habeas corpus should not be dismissed following his transfer to the custody of the government of the Kingdom of Saudi Arabia. On or about August 3, 2006, Al-Nussairi filed a response to the Court's Minute order (Docket Entry No. 56). Respondents filed a brief in response on August 10, 2006 (Docket Entry No. 58).

On December 21, 2006, the Court entered a Minute Order directing Al-Rubaish to show cause why his petition for a writ of habeas corpus should not be dismissed following his transfer to the custody of the government of the Kingdom of Saudi Arabia. Al-Rubaish filed a response on January 16, 2007 (Docket Entry No. 81).

Respectfully submitted,

Counsel for Petitioners:

 /s/ David A. Hickerson
David A. Hickerson (DC 414723)
WEIL GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20008
Tel:   (202) 682-7000
Fax:   (202) 857-0939