David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Salah Ali Abdullah*
*Ahmed Al Salami, ISN 693*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-0444 (TFH) |
| PETITIONERS SEEKING HABEAS ) | |
| CORPUS RELIEF IN RELATION TO ) | Civil Action No. 05-2452 (PLF) |
| PRIOR DETENTIONS AT ) | |
| GUANTANAMO BAY ) | |

**STATUS REPORT**

In response to the Court's order of July 3, 2008, counsel for petitioner Salah Ali Abdullah Ahmed Al Salami (ISN 693) in the above-captioned civil action[1] hereby submit this status report.

Petitioner Al Salami, a Yemeni national, died while in U.S. custody at Guantanamo Bay on or around June 10, 2006, purportedly by suicide. His body was received in Yemen on June 15, 2006 and identified by next of kin. The U.S. government never has released the results of its autopsy of Al Salami's body or of its investigation into his death.[2] A second, independent

---

[1] Pet. for Writ of Habeas Corpus, *Al Salami, et al. v. Bush, et al.*, No. 1:05-cv-02452-PLF (D.D.C. filed Dec. 22, 2005); First Am. Pet. of Habeas Corpus, *Al Salami, et al. v. Bush, et al.*, No. 1:05-cv-02452-PLF (D.D.C. filed Dec. 29, 2005).

[2] Shortly after learning of petitioner's death, counsel for petitioner moved the Court for an emergency order to preserve evidence relating to petitioner's detention and death. Emergency

autopsy was conducted of petitioner's body in Yemen; however, because certain key organs were not returned with the body (presumably having been retained by the U.S. government), the results of this second autopsy were inconclusive.[3]

During petitioner's detention at Guantanamo, counsel received no information about petitioner's status or the reasons for his detention. The government never filed a factual return in this case. No ARB or CSRT records concerning petitioner have been produced. Counsel never got a chance to meet with petitioner. He died at the very time counsel was making arrangements to visit the base, less than a month after DOJ informed counsel they were cleared to do so.[4]

On June 14, 2007, counsel for petitioner filed a Freedom of Information Act ("FOIA") request with the Department of Defense for information concerning the detention and death of Al Salami. To date, no documents or information have been produced in response to that FOIA request, despite the government's representation that the investigation into petitioner's death has officially closed.[5] Earlier this year, counsel filed a FOIA action in this Court, *Dickstein Shapiro LLP v. Department of Defense, et al.*, No. 1:08-cv-226-PLF (D.D.C. filed Feb. 11, 2008), which was assigned to Judge Friedman as a related case to the instant habeas proceeding. Judge Friedman has ordered defendants to file a dispositive motion on or before

---

Mot. for Preservation Order, *Al Salami, et al. v. Bush, et al.*, No. 1:05-cv-02452-PLF, Doc. No. 17 (June 19, 2006). The Court never ruled on that motion.

[3] Letter from Rachid Mesli, Legal Director, Alkarama for Human Rights, to Dr. Craig T. Mallak, Armed Forces Medical Examiner (June 29, 2006) (attached hereto as Ex. 1).

[4] Email from Andrew Warden, U.S. Dept. of Justice, to John Snodgrass, Dickstein Shapiro LLP (May 16, 2006) (stating that "you have satisfied the requirements for privileged access to petitioner Al Salami") (attached hereto as Ex. 2).

[5] *See* Stipulated Mot. For Extension of Time, *Dickstein Shapiro LLP v. Department of Defense, et al.*, No. 1:08-cv-226-PLF, ¶ 2 (D.D.C. June 12, 2008).

August 15, 2008.[6] In addition, on July 2, 2008, Judge Friedman issued an Order in this proceeding that petitioner's counsel show cause in writing, on or before July 25, 2008, why Al Salami's habeas petition should not be dismissed as moot.[7] Counsel intends to make such a showing.

          Respectfully submitted,

          DICKSTEIN SHAPIRO LLP

          /s/ David L. Engelhardt
          David L. Engelhardt (DC429886)
          John C. Snodgrass (DC473864)
          Lisa M. Kaas (DC492302)
          DICKSTEIN SHAPIRO LLP
          1825 Eye Street, NW
          Washington, DC  20006-5403
          Tel. 202-420-2200
          Fax 202-420-2201

          *Counsel for Petitioner Salah Ali Abdullah Ahmed Al Salami, ISN 693*

---

[6] Minute Order, *Dickstein Shapiro LLP v. Department of Defense, et al.*, No. 1:08-cv-226-PLF (D.D.C. June 13, 2008).

[7] Order, *Al Salami, et al. v. Bush, et al.*, No. 1:05-cv-02452-PLF, Doc. No. 54 (July 2, 2008).

DSMDB-2466768v01

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2008, a true and correct copy of the foregoing Status Report was served by first class mail on the following:

**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Washington, DC 20530

      /s/ Lisa M. Kaas
      Lisa M. Kaas

**EXHIBIT 1**



**Alkarama for Human Rights** الكرامة لحقوق الإنسان

Dr. Craig T. Mallak
Armed Forces Medical Examiner
1413 Research Boulevard Building
102 Rockville, MD 20850
USA

Geneva, 29 June 2006

**Autopsy of Ahmed Ali Abdullah**

Dear Dr. Mallak,

The family of Ahmed Ali Abdullah requested our organization to help them organize an autopsy of the body of their son who died on 10 June 2006 in the Guantanamo Bay detention camp. We gave a mandate to a medical team directed by Prof. Patrice Mangin, head of the Institute of Legal Medicine of Lausanne University, in Switzerland, to perform this task and the autopsy took place last week in Sanaa.

We would like to put you in touch with the Lausanne medical team which needs some documents, materials and explanations from your side in order for them to finalize their report of autopsy. They need in particular the following:

1) A copy of the report of autopsy carried out by your team and the histological samples as well as the anatomical sample corresponding to the upper airways including the larynx, the hyoid bone and the thyroid cartilage removed in one piece during the autopsy.

2) A copy of the report of the investigation performed by the authorities of the Guantanamo Bay detention camp. More information is required about :

   a) The circumstances of the discovery of Ahmed Ali Abdullah in a state of hanging in his cell.

   b) The modus operandi and the exact nature (documented by photos if possible) of the ligatures used to this effect (the press talked about clothes and bed sheets).

   c) If reanimation measures were taken or not. If yes, what is the nature of these measures (administration or not of drugs, endotracheal intubation) ?

   d) The previous state of the victim, in particular the possible existence of signs of depression, attempt of suicide, hunger strike, and if possible a close photography of the face of Ahmed Ali Abdullah showing his dentition.

   e) The exact conditions of conservation undertaken for the repatriation of the body of Ahmed Ali Abdullah.

   f) The justifications for cutting off the extremities of all the nails of the fingers and toes of the victim.

   g) Any information about suicide attempts during the preceding days or months.

3) A confirmation that the soft internal organs put in a plastic bag inside the body of Ahmed Ali Abdullah belong to him.

We hope that you will be able to contact your colleagues in Lausanne (contact information is given below) and that your exchange will contribute to elucidating the exact circumstances of the death of Ahmed Ali Abdullah.

We thank you in advance for your assistance.

Yours sincerely,

Maitre Rachid Mesli
Legal Director


Copy to Prof. P. Mangin, IUML


Contact Information

Prof. Patrice Mangin
Institut universitaire de Médecine légale (IUML)
Rue du Bugnon 21
1005 Lausanne
Switzerland
Phone : +41 21 314 70 63
Fax :    +41 21 314 70 90
Email :  patrice.mangin@chuv.ch

**EXHIBIT 2**

-----Original Message-----
From: Andrew.Warden@usdoj.gov [mailto:Andrew.Warden@usdoj.gov]
Sent: Tuesday, May 16, 2006 5:07 PM
Subject: RE: JCS letter to Warden 051206

Mr. Snodgrass,

Regarding your visit request, please fill out the attached visit request form, including a list of all visitors (including lawyers and translators), proposed flight information, and a proposed visit schedule. Given the limited flight schedules, you may want to confer with the airlines (Air Sunshine or Lynx Air) on flight availability before submitting your request. Once I have all the required information on the form, I'll forward your request on to Guantanamo personnel and then let you know whether they can accommodate your requested dates.

With respect to the documentation you submitted, as required by the protective order, you have satisfied the requirements for privileged access to petitioner Al Salami.

With respect to petitioner Al Asoryia, we understand that you dispute our conclusion that the detainee you identify as petitioner Al Asoryia has filed a duplicate habeas petition in Alsaaei v. Bush (05-2369-RWR) (ISN 340). If you continue to stand by this position, please send us additional information that would help us match a different ISN number (i.e., other than ISN 340) to the detainee you identify as petitioner Al Asoryia. Without such information, we are unable provide access to an unidentified detainee.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8460

-----Original Message-----
From: SnodgrassJ@dsmo.com [mailto:SnodgrassJ@dsmo.com]
Sent: Friday, May 12, 2006 6:05 PM
To: Warden, Andrew (CIV)
Cc: Henry, Terry (CIV); Campbell, Jennifer
Subject: JCS letter to Warden 051206

Counsel:

Please see attached.


<<JCS letter to Warden 051206.pdf>>



John C. Snodgrass
Dickstein Shapiro LLP
2101 L Street NW, Washington DC 20037
voice +1 (202) 828-2233  fax +1 (202) 887-0689