UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ] | |
| ] | Misc. No. 08-0444 (TFH) |
| PETITIONERS SEEKING HABEAS ] | |
| CORPUS RELIEF IN RELATION TO ] | Civil Action No. 05-CV-0490 (PLF) |
| PRIOR DETENTIONS AT ] | |
| GUANTANAMO BAY ] | |

## PETITIONER'S STATUS REPORT

1. This status report is written in response to the July 3, 2008 Order of the Court.

2. On or about June 14, 2006, ABDUL-SALAM GAITHAN MUREEF AL-SHIHRY ("Petitioner") was repatriated to his native Saudi Arabia. His habeas petition has not been dismissed.

3. Petitioner's counsel have not been able to contact Petitioner to discuss the options available with regard to his habeas petition.

4. Petitioner's counsel Stewart Eisenberg has conferred with Andrew Warden, who has advised that the government's position is that the petition for habeas relief should be dismissed as moot in light of his release from U.S. custody.

5. That issue was previously raised, and briefed in this case. Petitioner opposed that argument, arguing in his pleadings that, as a matter of law, repatriation does not render his habeas claims moot. See docket entry No. 33, Order to "show cause . . . why petition . . . should not be dismissed as moot;" docket entry No. 36, "Response to Order . . . to Show Cause;" and Minute Order of September 20, 2006 which rules, "That petitioner's obligations relating to the Order to Show Cause 33 be, and hereby are, deemed DISCHARGED."

5. In order to attempt to have a meaningful attorney-client communication, Petitioner hereby requests that the time for response to the Order for a Status Report be extended for 30 days subject to the same provisions of the Court's Order dated July 3, 2008.

>Respectfully submitted,
>Counsel for Petitioners:
>
>/s/ William C. Newman_____
>William C. Newman (MA # 370760)
>LESSER, NEWMAN & NASSER
>39 Main Street
>Northampton, MA  01060
>Tel:  (413)-584-7331 x. 15
>Fax:  (413) 586-7076
>e-mail:  newman@lnsn.com
>
>
>/s/ Stewart Eisenberg  by W.C.N._____
>Stewart Eisenberg (MA #152180)
>WEINBERG & GARBER, P.C.
>71 King Street
>Northampton, MA 01060
>Tel:  (413) 582-6886
>Fax:  (413) 582-6881
>e-mail:  buz.e@verizon.net
>
>***Counsel for Al-Shihry, 05-CV-0490 (PLF)***

Date:  July 14, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing motion were sent by first-class mail, postage pre-paid, this 14th day of July, 2008 to:

Andrew I. Warden, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7220
Washington, D.C. 20530

*Attorney for Respondents*

                                          /s/ William C. Newman_____
                                          William C. Newman

W:\Kim\Word\Al-Shihry\Status.Report.7.14.08.doc