IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GHULAM ROHANI,                          :
                                        :
        *Petitioner/Plaintiff,*          :
                                        :
        v.                              :        Case No. _____ (RWR)
                                        :             (formerly No. 05-2367)
GEORGE W. BUSH, *et al.*,                :
                                        :
        *Respondents/Defendants.*        :
                                        :
_____:
                                        :
IN RE :                                 :
PETITIONERS SEEKING HABEAS              :
CORPUS RELIEF IN RELATION TO            :        Misc. No. 08-444 (TFH)
PRIOR DETENTIONS AT                     :
GUANTANAMO BAY                          :
_____:

## MOTION TO TRANSFER PETITION OF GHULAM ROHANI
## FOR COORDINATION AND MANAGEMENT
## TO MISCELLANEOUS NO. 08-444

Petitioner Ghulam Rohani (ISN 003) has moved to sever his petition from those of the

other petitioners in his original habeas action, No. 05-2367, and from the other habeas petitioners

in Misc. No. 08-442, because, unlike them, he is currently being held not at Guantanamo but in a

U.S.-sponsored facility in Afghanistan, Block D at Policharkei Prison. Petitioner Rohani moves

to transfer his newly severed habeas petition to Miscellaneous No. 08-444, for coordination and

management only, because the latter matter is a coordinated proceeding for the petitions of

former Guantanamo prisoners who, like Petitioner Rohani, are now imprisoned abroad. Thus, it

would be appropriate and efficient to transfer Rohani petition, for purposes of coordination and

management only, to Misc. No. 08-444.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. They stated that they "reserve" their position on this motion.

Petitioner Rohani hereby respectfully requests that this Court transfer his severed petition to Misc. No. 08-444 for purposes of coordination and management only.

Respectfully submitted,

Dated: July 14, 2008

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

George G. Gordon
Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GHULAM ROHANI,** | : | |
| | : | **No. _____ (RWR)** |
| *Petitioner/Plaintiff,* | : | **(formerly No. 05-2367)** |
| | : | |
| v. | : | |
| | : | |
| **GEORGE W. BUSH, et al.,** | : | |
| | : | |
| *Respondents/Defendants.* | : | |
| | : | |
| **IN RE :** | : | |
| **PETITIONERS SEEKING HABEAS** | : | |
| **CORPUS RELIEF IN RELATION TO** | : | **Misc. No. 08-444 (TFH)** |
| **PRIOR DETENTIONS AT** | : | |
| **GUANTANAMO BAY** | : | |
| | : | |

## (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Ghulam Rohani to transfer his severed

petition for coordination and management to Misc. No. 08-444, and any response thereto, and it

appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full.  The Petition for Habeas

Corpus of Ghulam Rohani shall be transferred, for purposes of coordination and management

only, to Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused to be served via e-mail

through ECF a true and correct copy of the foregoing Motion of Petitioner Rohani to Transfer

Case to Misc. No. 08-444 for coordination and management, and proposed form of order, on the

following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
Tel: 202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

Rebecca P. Dick