**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **GUANTANAMO BAY** | ) | **Misc. No. 08-0444 (TFH)** |
| **DETAINEE LITIGATION** | ) | |
| | ) | **Civil Action No. 05-CV-1864 (HHK)** |
| | ) | |
| | ) | |
| | ) | |

## <u>PETITIONER'S STATUS REPORT</u>

In response to the Court's Order of July 3, 2008, requesting a status report in the above-encaptioned matter, the petitioner replies as follows:

1.  This petition is duplicative of an earlier filed petition, 05-CV-0492 (RJL).

2.  Petitioner was previously declared no longer an enemy combatant and released from Guantánamo to his native Egypt.

3.  Petitioner is filing, simultaneously with this status report, a Motion to Voluntarily Withdraw Habeas Petition Without Prejudice, a copy of which is attached hereto as Exhibit A.  The Respondent does not object to the dismissal of this petition.

4.  The Court should grant Petitioner's Motion and allow Petitioner to Voluntarily Withdraw Petitioner's Habeas Petition Without Prejudice, for the reasons stated therein.

Dated:  July 14, 2008                         Respectfully submitted
By Counsel for Petitioner:

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

     I, Michael E. Mone, Jr., certify that I today caused a true and accurate copy of PETITIONER'S STATUS REPORT to be served upon the following persons via this Court's Electronic Case Filing system:

Terry Henry, Esq., Senior Trial Attorney
Andrew I. Warden, Esq., Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7144
Washington, DC 20530

This 14th day of July, 2008.

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **GUANTANAMO BAY** | ) | **Misc. No. 08-0444 (TFH)** |
| **DETAINEE LITIGATION** | ) | |
| | ) | **Civil Action No. 05-CV-1864 (HHK)** |
| | ) | |
| | ) | |
| | ) | |

## PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW
## HABEAS PETITION WITHOUT PREJUDICE

Now comes the Petitioner in the above-encaptioned matter and moves this

Honorable Court to allow Petitioner to voluntarily withdraw this habeas petition because

it is duplicative of another habeas proceeding and because the Petitioner has already been

released from U.S. custody. [1]  As reasons therefore, Petitioner states as follows:

1. Undersigned counsel filed this habeas petition on behalf of Abu Abdul Aziz,

   ISN #278, based upon a "next-friend" authorization obtained from a fellow

   detainee, Isa al Murbati.

2. After Respondents filed a motion to dismiss based upon a next friend

   challenge [dkt. #2], undersigned counsel contacted Mr. al Murbati's habeas

   counsel to determine if there was any additional information more precisely

   identifying Mr. Aziz and demonstrating his relationship to Mr. al Murbati.

---

[1] Undersigned counsel has conferred with Attorney Warden, counsel for the Respondent, via email, and Respondents do not object to dismissal of this case.

3. Undersigned counsel was provided with the unclassified notes from Mr. al Murbati's counsel which described Mr. Aziz as being an Egyptian national who was confined to a wheelchair after suffering broken vertebrae allegedly as a result of an incident involving the Immediate Reaction Force at Guantánamo. Undersigned counsel incorporated this new identifying information into Petitioner's Memorandum in Opposition to Respondents' Motion to Show Cause [dkt. #4].

4. In response, Respondents filed Notice of Multiple Petitions Filed by Guantánamo Detainee [dkt. #5], stating that Petitioner Aziz (ISN 2_78_), was actually Sami al Laithi (a.k.a. Abdul Aziz al Mossary) (ISN 2_87_) who was proceeding under an earlier filed habeas petition (05-CV-0492 (RJL)).[2] Furthermore, Respondents stated that Mr. al Laithi had previously been declared no longer an enemy combatant and transferred from Guantánamo to Egypt.

5. It is apparent that the "Aziz" Mr. al Murbati was describing to his attorney was, in fact, Mr. al Laithi, and that he got his numbers crossed up. His description of "Aziz" fits Mr. al Laithi exactly (Egyptian, broken back, wheelchair) except for the ISN number, in which he transposes the "8" and the "7".[3]

Therefore, as it is clear that Petitioner "Aziz" is actually former detainee Sami al Laithi, the Court should allow Petitioner to voluntarily withdraw this petition as it is

---

[2] Mr. al Laithi was represented in his habeas petition by Attorney Clive Stafford Smith.
[3] Detainee ISN 278 is a Uighur named Abdul Helil Mamut (a.k.a. Abdul Nasser), who is represented by Attorney P. Sabin Willet.

duplicative of another habeas petition (05-CV-0492 (RJL)) for a detainee who has been

released from U.S. custody.

Dated:  July 14, 2008

Respectfully submitted
By Counsel for Petitioner:

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## <u>CERTIFICATE OF SERVICE</u>

I, Michael E. Mone, Jr., certify that I today caused a true and accurate copy of Petitioner's MOTION TO VOLUNTARILY WITHDRAW HABEAS PETITION WITHOUT PREJUDICE to be served upon the following persons via this Court's Electronic Case Filing system:

> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

This 14th day of July, 2008.

> <u>/s/ Michael E. Mone, Jr.</u>
> Michael E. Mone, Jr.
> (MA BBO No. 634607)
> ESDAILE, BARRETT & ESDAILE
> 75 Federal Street
> Boston, MA  02110
> (617) 482-0333