## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused to be served via e-mail through ECF a true and correct copy of the foregoing Motion of Petitioner Rohani to Transfer Case to Misc. No. 08-444 for coordination and management, and proposed form of order, on the following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
Tel: 202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

*/s/ Rebecca P. Dick*
Rebecca P. Dick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL,<br>*Petitioner/Plaintiff,* | |
| v. | No. _____ (RMC)<br>(formerly 05-1124) |
| GEORGE W. BUSH, et al.,<br>*Respondents/Defendants.* | |
| IN RE :<br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION TO<br>PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

### (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Haji Rohullah Wakil to transfer his severed petition for coordination and management to Misc. No. 08-444, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Haji Rohullah Wakil shall be transferred, for purposes of coordination and management only, to Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge

# CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused to be served via e-mail through ECF a true and correct copy of the foregoing Motion of Petitioner Rohullah to Transfer Case to Misc. No. 08-444 for coordination and management, and proposed form of order, on the following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C.  20530
Tel:  202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C.  20530

/s/ Rebecca P. Dick
_____
Rebecca P. Dick