APPROVED FOR PUBLIC FILING BY THE CSO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | **Misc. No. 08-444 (TFH)** |
| **GUANTANAMO BAY** | ) | **Civil Action No. 1:06-cv-01769** |
| **DETAINEE LITIGATION** | ) | **(RCL)** |
| | ) | |
| | ) | |
| | ) | |

### PETITIONER KHALED MALLOUH SHAYE ALGAHTANI'S STATUS REPORT

Pursuant to Judge Hogan's July 3, 2008 order, Petitioner Khaled Mallouh Shaye Algahtani, by and through his brother and next friend, Shabib Mallouh Shaye Algahtani, respectfully submits this Status Report.  Petitioner states as follows:

1.   Petitioner was incarcerated by the United States military at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo") beginning in approximately 2002.

2.   While he was incarcerated, Petitioner was, for all purposes, denied contact with the outside world.  His mail communication was severely restricted.  He was not permitted to speak with others via telephone.  Petitioner was not allowed to work and had no income.

3.   On October 16, 2006, with the consent of his brother and next friend, a petition for *habeas corpus* was filed on Petitioner's behalf in this Court to require the government to present evidence to justify his continued imprisonment.  *See Algahtani v. Bush*, No. 06-1769 (D.D.C. Oct. 16, 2006).

4.   On December 31, 2007, Respondents filed a notice in this case stating that Petitioner had been transferred from Guantánamo to the Kingdom of Saudi Arabia and was no longer in the custody of the United States.  *See* Dkt. 21.

APPROVED FOR PUBLIC FILING BY THE CSO

5.   Petitioner was transferred without notice to his lawyers, without explanation, without apology, and without compensation for the years of unnecessary, incommunicado confinement to which he was subjected.

6.   Petitioner continues to reserve all rights and remedies available to him under the Constitution of the United States, the laws and treaties of the United States, and international law due to his imprisonment.

Dated:  July 14, 2008                               Respectfully submitted,

                                                              ___David W. DeBruin_____
                                                              One of the Attorneys for the Petitioner

David W. DeBruin (DDC Bar No. 337626)          Jeffrey D. Colman
JENNER & BLOCK LLP                                      Sapna G. Lalmalani
601 Thirteenth Street, N.W., Suite 1200             JENNER & BLOCK LLP
Washington, DC  20005-3823                           330 North Wabash Avenue
Tel: (202) 639-6000                                         Chicago, Illinois 60611
Fax: (202) 639-6066                                        Tel: (312) 923-2940
                                                              Fax: (312) 840-7340

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Status Report was served

upon the following counsel of record by the CM/ECF system on July 14, 2008:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530
>
>Terry Marcus Henry
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

>_____/s/ David W. DeBruin_____
>David W. DeBruin