IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | |
| **GUANTÁNAMO BAY DETAINEE LITIGATION** | Misc. No. 08-444 (TFH) |
| SABAR LAL, *et al.*, | |
| Petitioners, | |
| v. | No. 06-CV-1763 (CKK) |
| GEORGE W. BUSH, *et al.*, | |
| Respondents. | |

## STATUS REPORT

Petitioner Sabar Lal, by and through his undersigned counsel, respectfully submits this status report in response to the Court's July 3, 2008 Order:

The instant petition was filed based on a next-friend authorization on October 16, 2006, but it appears to be a duplicate of an earlier filed petition for the same individual. Undersigned counsel are attempting to confirm whether that is in fact the case.

On June 19, 2008, Judge Kollar-Kotelly ordered that by this Friday, July 18, 2008, petitioners in this case should show cause why the petition should not be dismissed. Petitioners will file a response with the Court on that date.

- 2 -

Dated:   New York, New York
         July 14, 2008

                                              Respectfully submitted,

Counsel for Petitioners:

/s/ Shayana D. Kadidal
Shayana D. Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6438
Fax:  (212) 614-6499