**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

―――――――――――――――――――――――――――― x
:
:
**IN RE:** :
:
:
**GUANTÁNAMO BAY** : Misc. No. 08-444 (TFH)
**DETAINEE LITIGATION** :
:
:
―――――――――――――――――――――――――――― x
:
:
MOHAMMED NASEEM, *et al.*, :
:
:
         Petitioners, :
:
:
         v. : No. 06-CV-1677 (RCL)
:
GEORGE W. BUSH, *et al.*, :
:
:
         Respondents. :
:
―――――――――――――――――――――――――――― x
:
:
GULBAS KHAN, *et al.*, :
:
:
         Petitioners, :
:
:
         v. : No. 06-CV-1678 (RCL)
:
GEORGE W. BUSH, *et al.*, :
:
:
         Respondents. :
:
―――――――――――――――――――――――――――― x

## STATUS REPORT

Petitioners Mohammed Naseem (ISN 453) and Gulbas Khan (ISN 316), by and through their undersigned counsel, respectfully submit this status report in response to the Court's July 3, 2008 Order:

The instant petitions were filed based on next-friend authorizations on September 29, 2006. Both petitioners are Afghan nationals. Counsel have reason to believe both petitioners were transferred from Guantánamo and subsequently were released from custody in Afghanistan, although we cannot confirm that with certainty. At this time, however, we have no reason to believe that either continues to be held in proxy detention at the behest of the United States government, in Pul-i-charki prison or elsewhere.

Accordingly, at this time, we do not object to dismissal of these two petitions without prejudice, subject to reinstatement of either case as originally filed in the event that either petitioner continues to be held in the effective custody of the United States.

Dated:   New York, New York
         July 14, 2008

                                    Respectfully submitted,


                                    _____/s/_____
                                    Shayana D. Kadidal (D.C. Bar No. 454248)
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel:  (212) 614-6438
                                    Fax:  (212) 614-6499

                                    *Counsel for Petitioners*