APPROVED FOR PUBLIC FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION<br>TO PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-2029 (JDB) |

## STATUS REPORT

Pursuant to the Order issued by Judge Hogan on July 3, 2008, counsel for Petitioner Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany hereby files this Status Report regarding *Al-Shabany, et al. v. Bush, et al.*, Civil Action No. 05-2029 (JDB).

Brief Procedural History

1. Until last year, Petitioner Al-Shabany was imprisoned by the United States at the U.S. Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). On October 14, 2004, a Combatant Status Review Tribunal at Guantánamo ruled that Petitioner was "properly designated as an enemy combatant."

2. On October 14, 2005, Petitioner filed a Petition for Writ of Habeas Corpus, challenging both his unlawful detention at Guantánamo and his designation as an "enemy combatant." The case is assigned to Judge Bates.

3. On November 17, 2005, the Court granted Respondents' motion to stay pending resolution of the appeals in *In re Guantánamo Detainee Cases* and *Khalid v. Bush*. The

Court also ordered Respondents to file a factual return (docket no. 12). On March 17, 2006, Respondents filed a factual return (docket no. 21).

4. On April 19, 2007, Respondents filed an omnibus Motion to Dismiss in most pending habeas actions, including this one (docket no. 40), asserting that the Court lacked jurisdiction to hear claims of alien detainees held as enemy combatants in Guantánamo, pursuant to the Military Commissions Act of 2006 and the Detainee Treatment Act of 2005. Although the Court has not yet ruled on this motion, the Supreme Court's decision in *Boumediene v. Bush*, __ S. Ct. __, Nos. 06-1195, 06-1196, 2008 WL 2369628 (S. Ct. June 12, 2008), leaves no doubt that this Court has jurisdiction over Petitioner's habeas petition.

5. Petitioner was transferred to the custody of the Government of the Kingdom of Saudi Arabia, per Notice of Transfer, filed July 17, 2007 (docket no. 47).

6. On July 17, 2007, the Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be dismissed as moot.

7. On August 1, 2007, Petitioner filed a Response to the Order to Show Cause (docket no. 48). Respondents did not file any response or opposition, and the Court has not taken any action.

Basis for Continuing Petition

8. As discussed in Petitioner's Response to the Order to Show Cause, a habeas petition remains viable notwithstanding a release from custody where the detention being challenged results in "collateral consequences" that outlast the petitioner's confinement. *See generally Spencer v. Kemna*, 523 U.S. 1, 7 (1998).

9. Petitioner may continue to suffer from serious collateral consequences in the Kingdom of Saudi Arabia as a result of his many years of unlawful detention at Guantánamo and his designation as an enemy combatant.

Proposed Schedule

10. Petitioner's counsel proposes that the Court order a status conference in 30 days, and a hearing on the merits of the petition 30 days thereafter.

11. Because the Petitioner's case turns on unique facts, Petitioner's counsel does not believe it is suitable for wholesale consolidation with other cases. However, counsel is amenable to consolidation for the limited purpose of obtaining discovery regarding the conditions imposed on Guantánamo prisoners who have been transferred to the Kingdom of Saudi Arabia and the role of the Respondents in setting those restrictions.

Dated:   July 14, 2008

Respectfully submitted,

Counsel for Petitioner:

*[signature]*

RICHARDS KIBBE & ORBE LLP
Paul A. Leder (D.C. No. 358597)
Portrait Building
701 8th Street NW
Washington, D.C. 20001
Tel: (202) 261-2960
Fax: (202) 261-2999

Marcellene E. Hearn
R. Zachary Gelber
One World Financial Center
New York, New York 10281
Tel: (212) 530-1800
Fax: (212) 530-1801

SPEARS & IMES LLP
Christopher W. Dysard
51 Madison Avenue
New York, New York 10010
Tel: (212) 213-6833
Fax: (212) 213-0849

Of Counsel:
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen years, and am not a party to this action.

I further certify that on July 14, 2008, I served the foregoing Status Report through the Court's electronic notification system to all registered counsel.

_____
Sarah Swanz, Esq.