[**APPROVED FOR PUBLIC FILING BY PRIVILEGE TEAM VIA EMAIL**]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PETITIONERS SEEKING HABEAS | ) | Misc. No. 08-0444 (TFH) |
| CORPUS RELIEF IN RELATION TO | ) | |
| PRIOR DETENTIONS AT | ) | Civil Action No. 05-0878 (CKK) |
| GUANTANAMO BAY | ) | |
| | ) | |

AMENDED PETITIONER'S STATUS REPORT

The petitioner, RAHMATTULAH, by and through undersigned counsel, hereby amends his status report filed on July 14, 2008. This morning, counsel discovered that Mr. Rahmattulah has been released from custody in Afghanistan. He is no longer held even by the Afghan government. He has authorized counsel to consent to dismissal of his habeas petition.

On June 18, 2008, Judge Kollar-Kotelly issued an *Order* requiring Mr. Rahmattulah to show cause why this case should not be dismissed in light of his transfer to Afghanistan. [Doc. 39]. Counsel will file a response imminently in which he will notify Judge Kollar-Kotelly that he does not object to the dismissal of this habeas petition. Therefore, it appears that this Court may assist in the dismissal of both this petition as well as the duplicate petition described in the *Status Report* filed yesterday: *Sangar Yar Mullah Rahmattulah v. Bush*, Civil Action No. 06-1681 (JDB).

Dated this the 15th day of July, 2008.

Respectfully submitted,

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 224371
FEDERAL DEFENDER'S PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org