**PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>**PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY** | **Misc. No. 08-0444 (TFH)**<br><br>**Civil Action No. 05-2336 (PLF)** |

### Status Report

Counsel for Petitioner Mohammed Al Amin respectfully submit this status report pursuant to the Court's order of July 3, 2008.

As an initial matter, Petitioner has no objection to this Court's suggestion that his case be held in abeyance while the cases of those men who are still detained at Guantanamo are heard.  Counsel seek additional time to discuss the ramifications of any further steps, including dismissal, with petitioner and to investigate the collateral impact of Respondent's "finding" that Petitioner was an enemy combatant  on Petitioner's rights, including on his ability to work and to travel freely.

### Facts

Petitioner was brought to Guantanamo in August 2002.  He made contact with a fellow detainee who had an attorney in 2005, and through that detainee was able to obtain counsel.  A petition for habeas corpus relief was filed on Mr. Al Amin's behalf on December 6, 2005.  In February 2007, counsel attempted to file a submission with the Department of Defense Annual Review Board ("ARB") on behalf of petitioner arguing that even if the government's facts were accepted as true, there was no basis for his continued detention.  Counsel was informed that the submission was unnecessary as Mr. Al Amin would not be receiving another ARB proceeding: he had already been "approved to leave Guantanamo."  *See* Exhibit A (Detainee Status Notification).  Counsel later learned that Mr. Al Amin had apparently been cleared for release for quite some time.

In the interim, Mr. Al Amin had in desperation begun a hunger strike to protest his continued detention without charge.  During his hunger strike, Mr. Al Amin was strapped in a restraint chair and force fed by a tube through the nose.  He was left to vomit on himself, then doused with cold water and locked in a freezing cold room.  He reported being subject to other mistreatment, including being jabbed with needles.  Although he had been cleared for release, Mr. Al Amin continued to be detained in Guantanamo's harshest facility.

**PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING**

Mr. Al Amin was in his teens when he was brought to Guantanamo.  During his detention, Mr. Al Amin's father passed away and his mother grew old.

Five years after his arrival at Guantanamo, and many, many months after being "approved to leave," Petitioner was finally released to his home country of Mauritania in September 2007.

Despite his mistreatment, Petitioner and his family have repeatedly expressed their gratitude, particularly to the many people in the United States and elsewhere who sent letters of support to him and his family, as part of Amnesty International's campaign on his behalf.

Dated:  July 14, 2008

Respectfully submitted,

Counsel for Petitioner:

Agnieszka Fryszman (DC 459208)
Avi S. Garbow (DC 445399)
Matthew K. Handley (DC 489946)
Matthew B. Kaplan (DC 484760)
**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**
1100 New York Ave, N.W., Suite 500
Washington, DC 20005
Tel:  (202) 408-4600
Fax: (202) 408-4699

John Holland (CO 5246)
Anna Cayton-Holland (CO 35811)
**Law Offices of John Holland**
2150 W. 29th Ave, Suite 500
Denver, CO 80211

387985_2.DOC

**PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July I caused the original and 4 copies of

the **STATUS REPORT** to be filed with the Court Security Officer at the Department of

Justice.  The Court Security Officer will serve copies on counsel below:


Robert M. Loeb
Civil Division, Room 7212
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530


_Linda Aono_
Linda Aono

387985_2.DOC

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

# EXHIBIT A

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

## Aono, Linda

| | |
|---|---|
| **From:** | Gustafson, Abigail |
| **Sent:** | Monday, July 14, 2008 9:38 AM |
| **To:** | Aono, Linda |
| **Cc:** | Fryszman, Agnieszka |
| **Subject:** | EX A to Today's filing FW: Detainee Status Notification |

-----Original Message-----
**From:** John Robert Holland [mailto:jholland1@mac.com]
**Sent:** Thursday, February 22, 2007 5:25 PM
**To:** Fryszman, Agnieszka
**Subject:** Fwd: Detainee Status Notification

Begin forwarded message:

> **From:** "Digiacomo, Matthew J Capt OARDEC, CYTW" <matthew.digiacomo@navy.mil>
> **Date:** February 22, 2007 2:56:14 PM MST
> **Subject: Detainee Status Notification**

Dear Counsel for ISN 706


     Through either the Administrative Review Board (ARB) process or the
process DOD had in place prior to ARBs, your client has been approved to
leave Guantanamo, subject to the process for making appropriate
diplomatic arrangements for his departure.  Accordingly, my prior
guidance regarding submission of materials for a 2007 ARB for your
client is inapplicable to this detainee; he will not be receiving
another ARB proceeding.


     As you know, such a decision does not equate to a determination that
your client is not an enemy combatant, nor is it a determination that he
does not pose a threat to the United States or its allies.  I cannot
provide you any information regarding when your client may be leaving
Guantanamo as his departure is subject to ongoing discussions.


     DAVID N. COOPER, Lt Col, USAFR
     Staff Judge Advocate
     DOD HQ OARDEC
     Office for the Administrative Review of the Detention of Enemy Combatants
     Washington, DC

7/14/2008