IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL, | : |
| *Petitioner/Plaintiff,* | : |
| v. | : Case No. _____ (RMC) |
| GEORGE W. BUSH, *et al.,* | : (formerly No. 05-1124) |
| *Respondents/Defendants.* | : |
| IN RE : PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | : Misc. No. 08-444 (TFH) |

**MOTION TO TRANSFER PETITION OF HAJI ROHULLAH WAKIL
FOR COORDINATION AND MANAGEMENT
TO MISCELLANEOUS NO. 08-444**

Petitioner Haji Rohullah Wakil (ISN 798) has moved to sever his petition from those of the other petitioners in his original habeas action, No. 05-CV-1124, and from the other habeas petitioners in Misc. No. 08-442, because, unlike them, he is currently being held not at Guantanamo but in a U.S.-sponsored facility in Afghanistan, Block D at Policharkei Prison. Petitioner Rohullah moves to transfer his newly severed habeas petition to Miscellaneous No. 08-444, for coordination and management only, because the latter matter is a coordinated proceeding for the petitions of former Guantanamo prisoners who, like Petitioner Rohullah, are now imprisoned abroad. Thus, it would be appropriate and efficient to transfer Rohullah's petition, for purposes of coordination and management only, to Misc. No. 08-444.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. Respondents state that they "reserve" their position on this motion.

Petitioner Rohullah hereby respectfully requests that this Court transfer his severed petition to Misc. No. 08-444 for purposes of coordination and management only.

Respectfully submitted,

Dated: July 15, 2008

/s/ Peter M. Ryan
Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

George G. Gordon
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL,<br>*Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>*Respondents/Defendants.* | No. _____ (RMC)<br>(formerly 05-1124) |
| IN RE :<br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION TO<br>PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

**(PROPOSED) ORDER**

Upon consideration of the Motion of Petitioner Haji Rohullah Wakil to transfer his severed petition for coordination and management to Misc. No. 08-444, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Haji Rohullah Wakil shall be transferred, for purposes of coordination and management only, to Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge

## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 15, 2008, I caused to be served via e-mail through ECF a true and correct copy of the foregoing Motion of Petitioner Rohullah to Transfer Case to Misc. No. 08-444 for coordination and management, and proposed form of order, on the following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C.  20530
Tel:  202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C.  20530

/s/ Rebecca P. Dick
Rebecca P. Dick