UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL AZIZ, )<br>)<br>Detainee, )<br>)<br>ISA ALI AL-MURBATI, as Next Friend of )<br>ABU ABDUL AZIZ )<br>Petitioners/Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>)<br>IN RE: )<br>)<br>PETITIONERS SEEKING HABEAS CORPUS )<br>RELIEF IN RELATION TO PRIOR )<br>DETENTIONS AT GUANTANAMO BAY )<br>) | Civil Action No. 05-01864 (HHK)<br><br><br>Misc. No. 08-00444 (TFH) |

## ORDER

Before the court is Petitioner's unopposed Motion to Voluntarily Withdraw Habeas Petition Without Prejudice [# 32]. Upon consideration of the motion and the record of this case, it is this 17th day of July 2008, hereby

**ORDERED** that Petitioner's motion is **GRANTED**; and it is further

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice.

July 17, 2008                                            Henry H. Kennedy, Jr.
                                                         United States District Judge