IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN RE:                              )
                                    )   Misc. No. 08-444 (TFH)
GUANTANAMO BAY                      )
DETAINEE LITIGATION                 )
_____)   Civil Action No. 05-CV-887 (RWR)

**RESPONDENTS' OPPOSITION TO PETITIONER'S RENEWAL
OF MOTIONS FOR DISCOVERY AND RELIEF FROM STAY**

Respondents hereby oppose Petitioner Chaman's renewal of motions for discovery and relief from stay.  *See* dkt no. 93.  In support of this motion, respondents submit the following:

1.  On December 14, 2007, respondent notified the Court that petitioner Chaman had been released from the custody of the United States and transferred to the control of the Government of Afghanistan.  *See* dkt no. 81.  In light of petitioner's transfer, on January 8, 2008, the Court directed petitioner to show cause why the case should not be dismissed.  *See* dkt no. 82.  Petitioner filed a response to that order, contending that petitioner's case should not be dismissed because of collateral consequences related to his designation as an enemy combatant.  *See* dkt no. 84.  On February 29, 2008, via Minute Order, the Court denied all pending motions in this case without prejudice to renewal after the Supreme Court issues its decision in *Boumediene v. Bush*.  The instant motion seeks renewal of two motions that were denied by the Court's February 29, 2008 Order – petitioner's motion for discovery and motion for relief from stay.

2.  Petitioner's release from United States custody renders this matter moot, and it must be dismissed.  Accordingly, consideration of petitioner's motions for discovery and relief from stay should, at a minimum, await this Court's resolution of the mootness question.  Respondents

recognize that the issue of whether former detainees at Guantanamo Bay are legally entitled to continue litigation of their habeas cases on the basis of a "collateral consequences" theory or otherwise is one common to many cases, including this one.  Accordingly, any briefing on this question should be conducted in a coordinated fashion, consistent with the Resolution of the Executive Session of this Court (July 1, 2008).  As for the timing of the adjudication of such claims, it would be inappropriate to advance the claims of petitioners who have been released from Guantanamo Bay ahead of those who are currently detained, which are taking considerable effort on the part of the Court and the parties.  Respondents are expending considerable effort to meet the Court's deadline of producing 50 factual returns per month, beginning on August 29, 2008.  Consequently, petitioner's suggestion that attention be diverted from that task to litigate the claims of petitioner, who is no longer in United States custody, is neither reasonable nor appropriate.  For these reasons, respondents respectfully submit, without waiver of any defense thereto, that petitioner's motion should be denied.

Dated:  July 28, 2008                           Respectfully Submitted,

                                                GREGORY G. KATSAS
                                                Assistant Attorney General

                                                JOHN C. O'QUINN
                                                Deputy Assistant Attorney General

                                                /s/ Andrew I. Warden
                                                JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                JUDRY L. SUBAR
                                                TERRY M. HENRY
                                                ANDREW I. WARDEN (IN Bar. No. 23840-49)
                                                Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents