IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
IN RE:                                  )
                                        )       Misc. No. 08-CV-444 (TFH)
GUANTANAMO BAY                          )
DETAINEE LITIGATION                     )       Civil Action No. 05-CV-1237-ESH
_____)

**RESPONDENTS' OPPOSITION TO PETITIONER'S RENEWAL OF MOTION TO
RECONSIDER ADMINISTRATIVE CLOSURE**

Petitioner Amin Ullah in *Ullah v. Bush*, Civil No. 05-CV-1237 (ESH) has moved for

reconsideration of the administrative closure of his habeas petition.  On August 13, 2008, the

court directed the entry of administrative closure because petitioner has been transferred from

the Guantanamo Bay Naval Facility.  Petitioner's counsel represent that petitioner has been

released from Guantanamo Bay Naval Facility, was for an unstated time detained at the Afghan

National Defense Facility at Policharky in Kabul, Afghanistan, and has been, at least since April,

2008, released to his home in Afghanistan.  Petitioner's counsel state that they do not know

whether petitioner is subject to any restrictions or conditions.  However, counsel aver that

petitioner suffers collateral consequences because he remains designated as an "enemy

combatant" by the United States.

The respondent asserts that the petitioner's release renders this matter moot, and it must

be dismissed.  That said, respondents recognize that the issue of whether former detainees at

Guantanamo Bay are legally entitled to continue litigation of their habeas cases on the basis of a

"collateral consequences" theory or otherwise is one common to many cases, including this one.

Accordingly, any briefing on this question should be conducted in a coordinated fashion,

consistent with the Resolution of the Executive Session of this Court (July 1, 2008).  As for the

timing of the adjudication of such claims, it would be inappropriate to advance the claims of

petitioners who have been released from Guantanamo Bay ahead of those who are currently

detained, which are taking considerable effort on the part of the Court and the parties.

Respondents are expending considerable effort to meet the Court's deadline of producing 50

factual returns per month, beginning on August 29, 2008.  Consequently, petitioner's suggestion

that attention be diverted from that task to litigate the claims of petitioner, who concedes he is no

longer subject to any form of detention, is neither reasonable nor appropriate.

For these reasons, respondents respectfully submit, without waiver of any defense

thereto, that the relief requested by petitioner is not appropriate at this time.


Dated:  July 28, 2008                          Respectfully Submitted,

                                               GREGORY G. KATSAS
                                               Assistant Attorney General

                                               JOHN C. O'QUINN
                                               Deputy Assistant Attorney General

                                               /s/ Andrew I. Warden
                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                               VINCENT M. GARVEY (D.C. Bar No. 127191)
                                               JUDRY L. SUBAR
                                               TERRY M. HENRY
                                               ANDREW I. WARDEN (IN Bar. No. 23840-49)
                                               Attorneys
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               20 Massachusetts Avenue N.W.
                                               Washington, DC  20530
                                               Tel:  (202) 616-5084
                                               Fax:  (202) 616-8470

                                               Attorneys for Respondents