IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, et al., <br><br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> *Respondents/Defendants.* | Civil Action No. 1:05-CV-2367 (RWR) |
| In re GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |
| In re PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to L.C.v.R. 83.6(c), I hereby move to withdraw as counsel for the Petitioners in the above-captioned *Zadran* action. An affidavit respecting the requirements of that rule is attached as Exhibit A.

Respectfully submitted,

*/s/ Rebecca P. Dick*
Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1774 I St., N.W.
Washington, D.C. 20006
(202) 261-3329
rebecca.dick@dechert.com

August 1, 2008

**CERTIFICATE OF SERVICE**

I, Rebecca P. Dick, hereby certify that on August 1, 2008, I caused to be served via electronic filing a true and correct copy of the foregoing Motion to Withdraw on counsel of record for Respondents, as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530
(202) 514-4107

Andrew Warden
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Ave., NW Room 6120
Washington, DC 20530

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca P. Dick

# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Zadran v. Bush*, No. 05-2367 (RWR); *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH), and *In re Petitioners Seeking Habeas Corpus Relief in Relation to Prior Detentions at Guantanamo Bay*, Misc. No. 08-444 (TFH).

2. I am unable to obtain written consent from these clients to my withdrawal as counsel, because, after years of indefinite detention – and in many cases, years of solitary confinement – they are reluctant to sign any formal document.

3. I have informed all of these clients who are still at Guantanamo of my withdrawal.

4. None of these clients has objected to my withdrawal.

5. I am unable to communicate with Ghulam Rohani, the *Zadran* client who is currently held in the U.S.-sponsored Block D of the Policharkei Prison in Afghanistan.

6. Based on my discussions with Mr. Rohani at Guantanamo, I believe that he would consent to my withdrawal if informed that other attorneys would continue to represent him.

7. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

8. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick