IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | )<br>)<br>)<br>) Misc. No. 08-0444 (TFH)<br>)<br>) Civil Action No. 05-2369 (RWR)<br>)<br>)<br>) |

## SUPPLEMENTAL STATUS REPORT FOR *ALSAAEI V. BUSH*, CIVIL ACTION NO. 05-2369 (RWR)

Pursuant to this Court's July 3, 2008 Order and the July 14, 2008 Status Report filed by Petitioner Abdullah Ali Saleh Gerab Alsaaei, who is also known as Bassam Al Doubaykhi, undersigned counsel hereby submit the following supplemental status report for the case captioned *Alsaaei, et al. v. Bush, et al.,* Civil Action No. 05-2369 (RWR):

1. In the July 14, 2008 Status Report, undersigned counsel stated that they had renewed their attempts to contact Mr. Al Doubaykhi, but had not yet spoken directly with him. As such, undersigned counsel proposed to file a supplemental status report by August 13, 2008 stating: (1) whether they had spoken with Mr. Al Doubaykhi; and (2) if so, whether Mr. Al Doubaykhi intends to pursue his *habeas* petition.

2. Since filing the July 14, 2008 Status Report, undersigned counsel have renewed their efforts to speak directly with Mr. Al Doubaykhi, repeatedly attempting to speak with him directly on his personal cell phone in Saudi Arabia. To date, however, undersigned counsel has not succeeded in reaching Mr. Al Doubaykhi. As such, undersigned counsel have not been able to speak with Mr. Al Doubaykhi directly about whether he intends to pursue his *habeas* petition.

3. Accordingly, undersigned counsel will continue their attempts to reach Mr. Al Doubaykhi, and propose to file a second supplemental status report with this Court by September 12, 2008. In the interim, Mr. Al Doubaykhi reserves all rights to pursue his *habeas* petition under the doctrine of collateral consequences.

Dated: August 13, 2008

    Respectfully submitted,

    SIMPSON THACHER & BARTLETT LLP

    /s/ Paul C. Curnin
    Paul C. Curnin
    Karen E. Abravanel
    425 Lexington Avenue
    New York, NY 10017
    Tel: (212) 455-2000
    Fax: (212) 455-2502

    *Counsel for Petitioners,*
    *Civil Action No. 05-2369 (RWR)*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a true and accurate copy of the foregoing to be served electronically via the Court's Electronic Case Filing system.

Dated: August 13, 2008

                                            /s/ Paul C. Curnin
                                            Paul C. Curnin