**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GUANTANAMO BAY ) | Misc. No. 08-444 (TFH) |
| DETAINEE LITIGATION ) | |
| ) | Civil Action No. 05-CV-2104 (RWR) |
| ) | |

## NOTICE OF AUTHORIZATION

Pursuant to the Court's Order of July 29, 2008, Petitioner Issam Al Jayfi files this notice of authorization of counsel.

1. On October 31, 2006, Petitioner Al Jayfi signed an Acknowledgment of Representation, in Arabic, authorizing Wesley R. Powell, Hunton & Williams LLP, to represent him in his petition for writ of habeas corpus and other federal court litigation on his behalf. (Attached as Exhibit A, with English translation.)

Dated: August 19, 2008

Respectfully submitted,

/s/ Wesley R. Powell
Wesley R. Powell
wpowell@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166
(212) 309-1000
(212) 309-1100 (facsimile)

Karma B. Brown (Bar No. 479744)
kbbrown@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.

Washington, DC  20006
(202) 955-1500
(202) 778-2201 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2008, I caused the foregoing Notice of Authorization to be delivered to the below-listed counsel of record in the above-captioned matters through the CM/ECF system:

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

Terry Marcus Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530

                                                             /s/ Jack Stoerger
                                                             Jack Stoerger

لقد التقيت مع السيد ويسلي باول من شركة Hunton & Williams LLP المحامية وقد شرح لي السيد باول دور المحامين في تمثيل محتجزي غوانتانامو وكذلك قواعد توصل المحامين إلى موكليهم في خليج غوانتانامو. وفي ضوء هذا فإني اسمح للسيد باول وزملائه من شركة Hunton & Williams المحامية بأن يمثلوني في متابعة دعوى تحدي قانونية اعتقالي في المحكمة الفدرالية، وبأن يساعدوني في إطلاق سراحي من مركز اعتقالات خليج غوانتانامو.

[توقيع وتاريخ بخط اليد]

الموكل:

I have met with Mr. Wesley Powell of Hunton & Williams LLP who explained to me the role of attorneys in representing Guantanamo detainees as well as the rules governing how attorneys can communicate with their detainees in Guantanamo. In light of the above, I grant Mr. Powell and his colleagues at Hunton & Williams LLP permission to represent me in pursuing the challenging of the legality of my detention in the Federal Court, and to help release me from the detention center at Guantanamo Bay.

_____

The Client