David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-0444 (TFH) |
| PETITIONERS SEEKING HABEAS ) | |
| CORPUS RELIEF IN RELATION TO ) | Civil Action No. 05-2452 (PLF) |
| PRIOR DETENTIONS AT ) | |
| GUANTANAMO BAY ) | |

**MOTION TO WITHDRAW APPEARANCES OF COUNSEL**

Pursuant to Local Civil Rule 83.6(c), the law firm of Dickstein Shapiro LLP hereby moves to withdraw the appearances of Frank C. Razzano and Reginald B. McKnight as counsel for petitioner in the above-captioned action.  Messrs. Razzano and McKnight are no longer associated with the law firm of Dickstein Shapiro LLP, which remains as counsel for petitioner in this matter.  Thus, their withdrawal will not cause any delay in this action or result in prejudice to any party.  Continuing as counsel for petitioner are David L. Engelhardt, John C. Snodgrass, and Lisa M. Kaas of Dickstein Shapiro LLP.

///

///

///

Dated: August 19, 2008

Respectfully submitted,

DICKSTEIN SHAPIRO LLP

   /s/ Lisa M. Kaas
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
|  | ) |
|  | ) Misc. No. 08-0444 (TFH) |
| PETITIONERS SEEKING HABEAS | ) |
| CORPUS RELIEF IN RELATION TO | ) Civil Action No. 05-2452 (PLF) |
| PRIOR DETENTIONS AT | ) |
| GUANTANAMO BAY | ) |
| | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCES OF COUNSEL**

The Motion of the law firm of Dickstein Shapiro LLP to withdraw the appearances of Frank C. Razzano and Reginald B. McKnight as counsel for petitioner in the above-captioned action is hereby granted.

SO ORDERED.

_____
Judge, United States District Court

DATED: _____

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2008, a true and correct copy of the foregoing *Motion to Withdraw Appearances of Counsel* was electronically filed and served on counsel below via the Court's CM-ECF system:

**James J. Schwartz**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20001

**Judry Laeb Subar**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 833
Suite 7342
Washington, DC 20044-0833

**Terry Marcus Henry**
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044

**Andrew I. Warden**
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
Washington, DC 20530

       /s/ Lisa M. Kaas
      Lisa M. Kaas

DSMDB-2486599v01