# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-444 (TFH) |
| PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | ) ) ) ) ) ) | Civil Action No. 05-cv-490 (PLF) |

## NOTICE OF FILING RESPONDENTS' PARTIAL OPPOSITION TO MOTION TO ORDER THE PETITION HELD IN ABEYANCE

NOTICE is hereby given that respondents have filed with the Court Security Office Respondents' Partial Opposition to Motion to Order the Petition Held in Abeyance, submitted under seal pursuant to Local Civil Rule 5.1(j). Respondents have served copies of this filing on petitioners' counsel by first class mail by agreement among counsel.

Dated: August 20, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General


*/s/ James C. Luh*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

- 1 -

20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4938
Fax:  (202) 616-8460
Attorneys for Respondents

- 2 -