# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Misc. No. 08-444 (TFH) |
| PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Civil Action No. 08-1628 (PLF) |

## NOTICE OF APPEAL

Notice is hereby given that Mustafa Ahmed Hamlily, Petitioner in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court, entered April 1, 2010 by the Honorable Thomas F. Hogan dismissing as moot Hamlily's petition for habeas corpus and dismissing without prejudice any non-habeas claims included in that petition.  *See* Order at docket number 120, in accordance with Memorandum Opinion at docket number 119.

2

Dated: May 28, 2010
     New York, New York   Respectfully submitted,

                                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                      By: /s/ Jonathan I. Blackman
                                             Jonathan I. Blackman (Pro Bono)
                                             Christopher P. Moore
                                             Melissa J. Durkee
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone: (212) 225-2000
                                      Facsimile:  (212) 225-3999

                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      Shayana Kadidal (DC 454248)
                                      666 Broadway, 7th Floor
                                      New York, New York 10012
                                      Telephone:  (212) 614-6438
                                      Facsimile:   (212) 614-6499

                                      Attorneys for Petitioner

## **CERTIFICATE OF SERVICE**

I, Kimberly A. Lynch, assistant managing clerk at Cleary Gottlieb Steen & Hamilton, LLP of Washington, DC, hereby certify that:

On May 28, 2010, a copy of the foregoing Notice of Appeal was served upon all counsel of record via the Court's CM/ECF System.

Dated: May 28, 2010  /s/ Kimberly A. Lynch
Kimberly A. Lynch